UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.B. STONE & SON, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>YEAMAN MACHINE TECHNOLOGIES, INC., and DOES 1 through 50, inclusive,<br><br>        Defendant. | No.  2:15-cv-01828-GEB-CKD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

        Plaintiff states in its Amended Status Report[1] filed November 5, 2015: "Defendant YEAMAN has been served with process, has failed to plead or otherwise defend the action and its default has been entered in the action. Plaintiff will proceed with an application for a default judgment." (Pl.'s Am. Status Report 2:21-24, ECF No. 9.)

        Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within thirty days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than December 11, 2015, why this action should not be dismissed

---

[1] Plaintiff provides no justification for the untimely filing of its Status Report or Amended Status Report. Plaintiff is notified that sanctions, including monetary sanctions, may be imposed for an unjustified late filing of a status report.

1

for failure of prosecution. This action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to timely respond to this Order.

Further, the status conference scheduled for hearing on November 6, 2015, is continued to commence at 9:00 a.m. on April 25, 2016. Plaintiff shall file a status report no later than fourteen (14) days prior to the status conference, in which it explains the status of the default proceedings.

IT IS SO ORDERED.

Dated: November 5, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge